COMMONWEALTH of Pennsylvania, Respondent

v.

Troy BROADUS, Petitioner

No. 508 MAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.